UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NANCY WILSON )
   Plaintiff )
)
v. )
) CIVIL ACTION NO. 05-
HOME DEPOT, U.S.A., INC., THE HOME )
DEPOT, INC., and THE HOME DEPOT )
SUPPLY, INC. )
   Defendants )

## COMPLAINT

### PARTIES

1. The plaintiff Nancy Wilson is an adult residing at 4 Finn Place, Dedham, Norfolk County, Massachusetts.

2. The defendant Home Depot, U.S.A., Inc., on information and belief, is a business duly organized under the law, with a principal place of business at 2455 Paces Ferry Road, N.W., Atlanta, Fulton County, Georgia and operating a business at 1213 VFW Parkway, West Roxbury, Norfolk County, Massachusetts.

3. The defendant Home Depot, Inc., on information and belief, is a business duly organized under the law, with a principal place of business at The Corporation Trust Company, 100 West Tenth Street, Wilmington, Delaware and operating a business at 1213 VFW Parkway, West Roxbury, Norfolk County, Massachusetts.

4. The defendant The Home Depot Supply, Inc., on information and belief, is a business duly organized under the law, with a principal place of business at 10641 Scripps Summit Court, San Diego, California and operating a business at 1213 VFW Parkway, West Roxbury, Norfolk County, Massachusetts.

5. The United States District Court has jurisdiction in this matter because of diversity of parties.

6. The amount in controversy exceeds the amount necessary to satisfy the jurisdictional requirements of this Court.

## COUNT I
### Negligence v. The Home Depot U.S.A., Inc.

7. The Plaintiff repeats and re-alleges paragraphs 1 through 4 as if fully set forth herein.

8. At all times relevant, the defendant, Home Depot USA, Inc. had a duty to maintain the property and grounds located at 1213 VFW Parkway, West Roxbury, Massachusetts.

9. Despite this duty, said defendant negligently failed to properly maintain such property located at 1213 VFW Parkway, West Roxbury, Massachusetts.

10. On or about May 24, 2002, at that property, because of said negligence, the Plaintiff Nancy Wilson was caused to fall, incurring injuries including, but not limited to injury to her left hand and wrist and herniated discs in her back.

11. As a direct and proximate result of said negligence of the defendant Home Depot U.S.A., Inc., the plaintiff Nancy Wilson sustained severe and permanent personal injuries, incurred and will continue to incur great expense for her care, has suffered and will continue to suffer pain, and has sustained permanent impairment of function and disfigurement.

WHEREFORE, the plaintiff, Nancy Wilson, prays judgment against the defendant, in a fair amount plus interest and costs.

## COUNT II
### Negligence v. The Home Depot, Inc.

12. The Plaintiff repeats and re-alleges paragraphs 1 through 11 as if fully set forth herein.

13. At all times relevant, the defendant, Home Depot, Inc. had a duty to maintain the property and grounds located at 1213 VFW Parkway, West Roxbury, Massachusetts.

14. Despite this duty, said defendant negligently failed to properly maintain such property located at 1213 VFW Parkway, West Roxbury, Massachusetts.

15. On or about May 24, 2002, at that property, because of said negligence, the Plaintiff Nancy Wilson was caused to fall, incurring injuries including, but not limited to injury to her left hand and wrist and herniated discs in her back.

16. As a direct and proximate result of said negligence of the defendant Home Depot, Inc., the plaintiff Nancy Wilson sustained severe and permanent personal injuries, incurred and will continue to incur great expense for her care, has suffered and will continue to suffer pain, and has sustained permanent impairment of function and disfigurement.

WHEREFORE, the plaintiff, Nancy Wilson, prays judgment against the defendant, in a fair amount plus interest and costs.

## COUNT III
### Negligence v. The Home Depot Supply, Inc.

17. The Plaintiff repeats and re-alleges paragraphs 1 through 16 as if fully set forth herein.

18. At all times relevant, the defendant, Home Depot Supply, Inc. had a duty to maintain the property and grounds located at 1213 VFW Parkway, West Roxbury, Massachusetts.

19. Despite this duty, said defendant negligently failed to properly maintain such property located at 1213 VFW Parkway, West Roxbury, Massachusetts.

20. On or about May 24, 2002, at that property, because of said negligence, the Plaintiff Nancy Wilson was caused to fall, incurring injuries including, but not limited to injury to her left hand and wrist and herniated discs in her back.

21. As a direct and proximate result of said negligence of the defendant Home Depot Supply, Inc., the plaintiff Nancy Wilson sustained severe and permanent personal injuries, incurred and will continue to incur great expense for her care, has suffered and will continue to suffer pain, and has sustained permanent impairment of function and disfigurement.

WHEREFORE, the plaintiff, Nancy Wilson, prays judgment against the defendant, in a fair amount plus interest and costs.

## JURY DEMAND

The plaintiffs demand a trial by jury.

The Plaintiff,
By her Attorneys,

_____
Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

_____
Zachary B. Lang, Esq.
BBO# 652055
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Nancy Wilson v. Home Depot USA, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [✓]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [✓]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
   Eastern Division [✓]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
   Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [✓]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Barry D. Lang
ADDRESS   1 state Street Suite 1050, Boston, MA  02109
TELEPHONE NO.   617-720-0176

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Nancy Wilson

**DEFENDANTS**
Home Depot USA, Inc, The Home Depot, Inc, and The Home Depot Supply, Inc.

(b) County of Residence of First Listed Plaintiff: **Norfolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Fulton Cty, GA**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number):
Barry D. Lang/Zachary B. Lang, Barry D. Lang, MD & Assoc., 1 State St Suite 1050, Boston, MA 02109, (617)720-0176

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): **28 USC 1332**
Brief description of cause: Negligence in maintaining property - personal injury to wrist and herniation of disc

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 03/22/2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____