AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Nancy Wilson

SUMMONS IN A CIVIL ACTION

Home Depot, USA, Inc, The Home Depot Inc.,
and The Home Depot Supply, Inc.

CASE NUMBER:

05 10613 MLW

TO: (Name and address of Defendant)

The Home Depot, USA, Inc.
2455 Paces Ferry Road
Atlanta, GA 30339

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barry D. Lang, Esq.
Barry D. Lang, MD & Associates
One State Street
Suite 1050
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 29 2005

CLERK                                                                    DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.                                                April 18, 2005

I hereby certify and return that on 4/11/2005 at 10:55AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Allison Liberto, process clerk, and agent in charge of CT Corp., and its agent at the time of service for The Home Depot USA, Inc., at , 101 Federal Street, C/O CT Corporation Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff   John Cotter                            *John Cotter*
                                                         Deputy Sheriff

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                        Signature of Server

                                    _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.