UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NANCY WILSON,<br>Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 05-10613 MLW |
| HOME DEPOT USA, INC., | ) | |
| THE HOME DEPOT, INC., | ) | |
| THE HOME DEPOT SUPPLY, INC. | ) | |

**HOME DEPOT USA, INC.'S LOCAL RULE 7.3**
**CORPORATE DISCLOSURE STATEMENT**

Home Depot U.S.A., Inc. is a subsidiary of Home Depot International, Inc.  Home

Depot International is the parent company of Home Depot, U.S.A., Inc. and owns 100%

of its capital stock.

Dated:  April 29, 2005

HOME DEPOT USA, INC.
By Its Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY
PROFESSIONAL CORPORATION


_____
James M. Campbell, BBO # 541882
Brian P. Voke, BBO# 544327
Christopher A. Callanan, BBO # 630649
One Constitution Plaza
Boston, MA 02129
617-241-3000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on April 29, 2005.

Barry D. Lang
Zachary B. Lang
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA  02109

_____
Christopher A. Callanan