UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY WILSON )<br>    Plaintiff )<br> )<br>v. )<br> )<br>HOME DEPOT, U.S.A., INC., THE HOME )<br>DEPOT, INC., and THE HOME DEPOT )<br>SUPPLY, INC. )<br>    Defendants )<br> ) | CIVIL ACTION NO. 05-10613MLW |

### NOTICE OF APPEARANCE OF ZACHARY B. LANG, ESQ FOR THE PLAINTIFF

To the Clerk of the above Court, and all counsel of record, please notice my appearance as counsel for the plaintiff:

    Zachary B. Lang, Esq.
    Barry D. Lang, M.D. & Associates
    1 State Street, Suite 1050
    Boston, MA 02109
    telephone 617-720-0176
    facsimile 617-720-1184
    email: zblang@lawdoctors.com

Respectfully submitted,
The Plaintiff,
By her Attorneys,


    /s/ Zachary B. Lang
Barry D. Lang, Esq., BBO # 565438
Zachary B. Lang, Esq., BBO # 652055
Barry D. Lang, M.D., & Associates
1 State Street, Suite 1050
Boston, MA 02109
617-720-0176

                Dated: June 17, 2005