UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY WILSON | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) CIVIL ACTION NO. 05-10613MLW |
|  | ) |
| HOME DEPOT, U.S.A., INC., THE HOME | ) |
| DEPOT, INC., and THE HOME DEPOT | ) |
| SUPPLY, INC. | ) |
| Defendants | ) |
|  | ) |

## PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

NOW COMES THE PLAINTIFF and requests that this Court grant Plaintiff's Motion to Amend the Complaint and allow the filing of the Amended Complaint (exhibit #1).  As grounds therefore, plaintiff states the following:

1.  This is a case for personal injuries sustained by the plaintiff, Nancy Wilson, on the premises of Home Depot in West Roxbury, Massachusetts.

2.  It has come to the attention of the Plaintiff that Home Depot, U.S.A., Inc. is a wholly owned subsidiary of Home Depot International, Inc, the parent company.

For the above reasons, Plaintiff requests that this Court grant the Motion to Amend the Complaint to add Home Depot International, Inc. as a party defendant.

Respectfully submitted,
The plaintiff
By her attorneys

/s/ Zachary Lang
Barry D. Lang, Esq., BBO # 565438
Zachary B. Lang, Esq.,  BBO # 652055
**Barry D. Lang, M.D., & Associates**
One State Street, Suite 1050
Boston, MA  02109
617-720-0176                                    Dated:  June 17, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY WILSON | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-10613MLW |
| | ) |
| HOME DEPOT, U.S.A., INC., THE HOME | ) |
| DEPOT, INC., THE HOME DEPOT | ) |
| SUPPLY, INC., and HOME DEPOT | |
| INTERNATIONAL, INC. | ) |
|     Defendants | ) |
| | ) |

## AMENDED COMPLAINT

## PARTIES

1.   The plaintiff Nancy Wilson is an adult residing at 4 Finn Place, Dedham, Norfolk County, Massachusetts.

2.   The defendant Home Depot, U.S.A., Inc., on information and belief, is a business duly organized under the law, with a principal place of business at 2455 Paces Ferry Road, N.W., Atlanta, Fulton County, Georgia and operating a business at 1213 VFW Parkway, West Roxbury, Norfolk County, Massachusetts.

3.   The defendant Home Depot, Inc., on information and belief, is a business duly organized under the law, with a principal place of business at The Corporation Trust Company, 100 West Tenth Street, Wilmington, Delaware and operating a business at 1213 VFW Parkway, West Roxbury, Norfolk County, Massachusetts.

4.   The defendant The Home Depot Supply, Inc., on information and belief, is a business duly organized under the law, with a principal place of business at 10641 Scripps Summit Court, San Diego, California and operating a business at 1213 VFW Parkway, West Roxbury, Norfolk County, Massachusetts.

4.5. The defendant The Home Depot International, Inc., on information and belief, is the parent company of Home Depot USA, Inc. and owns 100% of its capital stock.

5.   The United States District Court has jurisdiction in this matter because of diversity of parties.

6.   The amount in controversy exceeds the amount necessary to satisfy the jurisdictional requirements of this Court.

## COUNT I
### Negligence v. The Home Depot U.S.A., Inc.

7.   The Plaintiff repeats and re-alleges paragraphs 1 through 4 as if fully set forth herein.

8.   At all times relevant, the defendant, Home Depot USA, Inc. had a duty to maintain the property and grounds located at 1213 VFW Parkway, West Roxbury, Massachusetts.

9.   Despite this duty, said defendant negligently failed to properly maintain such property located at 1213 VFW Parkway, West Roxbury, Massachusetts.

10. On or about May 24, 2002, at that property, because of said negligence, the Plaintiff Nancy Wilson was caused to fall, incurring injuries including, but not limited to injury to her left hand and wrist and herniated discs in her back.

11. As a direct and proximate result of said negligence of the defendant Home Depot U.S.A., Inc., the plaintiff Nancy Wilson sustained severe and permanent personal injuries, incurred and will continue to incur great expense for her care, has suffered and will continue to suffer pain, and has sustained permanent impairment of function and disfigurement.

WHEREFORE, the plaintiff, Nancy Wilson, prays judgment against the defendant, in a fair amount plus interest and costs.

## COUNT II
### Negligence v. The Home Depot, Inc.

12. The Plaintiff repeats and re-alleges paragraphs 1 through 11 as if fully set forth herein.

13. At all times relevant, the defendant, Home Depot, Inc. had a duty to maintain the property and grounds located at 1213 VFW Parkway, West Roxbury, Massachusetts.

14. Despite this duty, said defendant negligently failed to properly maintain such property located at 1213 VFW Parkway, West Roxbury, Massachusetts.

15. On or about May 24, 2002, at that property, because of said negligence, the Plaintiff Nancy Wilson was caused to fall, incurring injuries including, but not limited to injury to her left hand and wrist and herniated discs in her back.

16. As a direct and proximate result of said negligence of the defendant Home Depot, Inc., the plaintiff Nancy Wilson sustained severe and permanent personal injuries, incurred and will

continue to incur great expense for her care, has suffered and will continue to suffer pain, and has sustained permanent impairment of function and disfigurement.

WHEREFORE, the plaintiff, Nancy Wilson, prays judgment against the defendant, in a fair amount plus interest and costs.

## COUNT III
### Negligence v. The Home Depot Supply, Inc.

17. The Plaintiff repeats and re-alleges paragraphs 1 through 16 as if fully set forth herein.

18. At all times relevant, the defendant, Home Depot Supply, Inc. had a duty to maintain the property and grounds located at 1213 VFW Parkway, West Roxbury, Massachusetts.

19. Despite this duty, said defendant negligently failed to properly maintain such property located at 1213 VFW Parkway, West Roxbury, Massachusetts.

20. On or about May 24, 2002, at that property, because of said negligence, the Plaintiff Nancy Wilson was caused to fall, incurring injuries including, but not limited to injury to her left hand and wrist and herniated discs in her back.

21. As a direct and proximate result of said negligence of the defendant Home Depot Supply, Inc., the plaintiff Nancy Wilson sustained severe and permanent personal injuries, incurred and will continue to incur great expense for her care, has suffered and will continue to suffer pain, and has sustained permanent impairment of function and disfigurement.

WHEREFORE, the plaintiff, Nancy Wilson, prays judgment against the defendant, in a fair amount plus interest and costs.

## COUNT IV
### Negligence v. The Home Depot International, Inc.

22. The Plaintiff repeats and re-alleges paragraphs 1 through 21 as if fully set forth herein.

23. At all times relevant, the defendant, Home Depot International, Inc. had a duty to maintain the property and grounds located at 1213 VFW Parkway, West Roxbury, Massachusetts.

24. Despite this duty, said defendant negligently failed to properly maintain such property located at 1213 VFW Parkway, West Roxbury, Massachusetts.

25. On or about May 24, 2002, at that property, because of said negligence, the Plaintiff Nancy Wilson was caused to fall, incurring injuries including, but not limited to injury to her left hand and wrist and herniated discs in her back.

26. As a direct and proximate result of said negligence of the defendant Home Depot International, Inc., the plaintiff Nancy Wilson sustained severe and permanent personal

injuries, incurred and will continue to incur great expense for her care, has suffered and will continue to suffer pain, and has sustained permanent impairment of function and disfigurement.

WHEREFORE, the plaintiff, Nancy Wilson, prays judgment against the defendant, in a fair amount plus interest and costs.

## **JURY DEMAND**

The plaintiffs demand a trial by jury.

The Plaintiff,
By her Attorneys,


Barry D. Lang, Esq.                          Zachary B. Lang, Esq.
BBO # 565438                                 BBO# 652055
Barry D. Lang, M.D. & Associates            Barry D. Lang, M.D. & Associates
One State Street, Suite 1050                 One State Street, Suite 1050
Boston, MA  02109                            Boston, MA  02109
(617) 720-0176                               (617) 720-0176


Dated: