UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NANCY WILSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 05-10613 MLW |
| HOME DEPOT USA, INC., | ) | |

**STIPULATION TO SUBSTITUTE
THE CORRECT DEFENDANT**

The parties to this action stipulate that the correct name of the defendant is Home Depot USA, Inc., not The Home Depot, Inc., The Home Depot Supply, Inc. or Home Depot, Inc. and that Home Depot USA, Inc. controlled the premises at issue at the time the plaintiff alleges she was injured. The parties request that the Court endorse this stipulation to substitute Home Depot USA, Inc. in place of the other Home Depot entities from this point forward and to consider all papers previously served or filed to have identified Home Depot USA, Inc. only instead of the other Home Depot entities.

| | |
|---|---|
| HOME DEPOT USA, INC. | Nancy Wilson |
| By its Attorneys, | By her Attorneys, |
| | |
| _____ | _____ |
| James M. Campbell BBO 541882 | Barry D. Lang |
| Christopher A. Callanan BBO 630649 | Zachary B. Lang |
| Campbell Campbell Edwards & Conroy, P.C | Barry D. Lang, M.D. & Associates |
| One Constitution Plaza | One State Street, Suite 1050 |
| Boston, MA 02129 | Boston, MA 02109 |
| (617) 241-3000 | (617) 720-0176 |