UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY WILSON )<br>    Plaintiff )<br> )<br>v. )<br> )<br>HOME DEPOT, U.S.A., INC., THE HOME )<br>DEPOT, INC., and THE HOME DEPOT )<br>SUPPLY, INC. )<br>    Defendants )<br> ) | CIVIL ACTION NO. 05-10613MLW |

## WITHDRAWAL OF APPEARANCE OF
## BARRY D. LANG, ESQ. and ZACHARY B. LANG, ESQ.
## AS COUNSEL FOR THE PLAINTIFF

To the Clerk of the above Court, and all counsel of record, please be advised of the withdrawal of appearance of Barry D. Lang, Esq. and Zachary B. Lang, Esq. as counsel for the plaintiff.

The plaintiff is now represented by Paul Leavis, Esq., who noticed his appearance on January 9, 2006.

Respectfully submitted,
The Plaintiff,
By her Attorneys,


       /s/ Zachary B. Lang
Barry D. Lang, Esq., BBO # 565438
Zachary B. Lang, Esq.,  BBO # 652055
Barry D. Lang, M.D., & Associates
1 State Street, Suite 1050
Boston, MA  02109
617-720-0176

                              Dated: January 10, 2006