UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY WILSON,<br>　　　　　Plaintiff<br><br>v.<br><br>HOME DEPOT USA, INC.,<br>　　　　　Defendant | )<br>)<br>)<br>)　CIVIL ACTION<br>)　NO.  05-CV-10613-MLW<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter the appearance of Paul F. Leavis and Deborah M. Santello, Leavis and Rest, P.C., 83 Central Street, Boston, Massachusetts, 02109, on behalf of the plaintiff, Nancy Wilson in the above entitled matter.

　　　　　　　　　　　　　　　　　　　　The plaintiff,
　　　　　　　　　　　　　　　　　　　　By her attorneys

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Paul F. Leavis (BBO #290580)


　　　　　　　　　　　　　　　　　　　　_____
**CERTIFICATE OF SERVICE**　　　　　　Deborah M. Santello (BB0 #555431)

I HEREBY CERTIFY THAT A TRUE COPY OF THE　　Leavis and Rest, P.C.
ABOVE DOCUMENT WAS SERVED UPON THE　　83 Central Street
ATTORNEY OF RECORD FOR EACH OTHER PARTY　　Boston, MA  02109-3413
BY FIRST CLASS MAIL ON JANUARY 9, 2006.　　(617) 742-1700

BY: _____