UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY WILSON,<br>               Plaintiff<br><br>v.<br><br>HOME DEPOT USA, INC.,<br>    Defendant | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO.  05-CV-10613-MLW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Paul F. Leavis, Leavis and Rest, P.C., 83 Central Street, Boston, Massachusetts, 02109, on behalf of the plaintiff, Nancy Wilson in the above entitled matter.

                                                              The plaintiff,
                                                              By her attorneys

/s/ _____
Paul F. Leavis (BBO #290580)
Deborah M. Santello (BB0 #555431)
Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109-3413
(617) 742-1700

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY FIRST CLASS MAIL ON JANUARY 24, 2006.

BY: