UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY WILSON,<br>            Plaintiff<br><br>v.<br><br>HOME DEPOT USA, INC.<br>            Defendant | CIVIL ACTION<br>NO.  05-CV-10613-MLW |

### PLAINTIFF'S MEDICAL DISCLOSURE PURSUANT TO LOCAL RULE 35.1

(1)    Itemized Medical Expenses:

The plaintiff, Nancy Wilson, provides the following itemized medical expenses based upon information presently available to her.  The plaintiff reserves the right to supplement this list as discovery progresses and treatment continues.  Subject to the above-mentioned qualifications, plaintiff discloses the following medical information:

    (a)    Present Expenses:

| | |
|---|---|
| Caritas Norwood Hospital<br>05/24/02 | $ 1,322.45 |
| Michael J. Lowney, P.C.<br>05/30/02-07/26/02 | $    650.00 |
| NEB Radiology, Inc.<br>01/17/03-11/21/04 | $ 4,358.00 |
| The German Center<br>06/26/04-06/30/04<br>07/01/04-07/09/04 | $ 3,306.01<br>$ 4,441.69 |

       New England Baptist Hospital
       07/09/04-02/03/05                                                                       $20,028.88

       Teamwork Physical Therapy
       04/25/05-06/07/05                                                                        $   737.00

                                                                                                              $ 34,844.03

In addition, the plaintiff has received the following medical treatment for which medical bills have been requested but not yet received:

       Boston Arthritis & Spinal Surgery
       08/13/02
       02/03/04-10/06/05

       New England Baptist Hospital
       06/21/04-06/26/04 (inpatient)

       Open MRI of Dedham
       07/23/02

       Boston Imaging Associates
       07/07/04

       Beth Israel Deaconess Medical Center
       Arnold Pain Management Center
       03/01/05

       Care Group Home Care
       07/09/04-07/15/04

      (b)     The plaintiff remains under active treatment and future medical expenses are anticipated.

(2)    Medical Records

Counsel for the defendant, Home Depot USA, Inc. has noticed the depositions of the

Keeper of Records of the plaintiff's medical care providers. To the extent that the plaintiff may have any medical records pertaining to the diagnosis, care or treatment of the plaintiff's injuries which have not been subpoenaed by the defendant, they may be inspected and/or copied at the office of plaintiff's counsel, Paul F. Leavis, Leavis and Rest, P.C., 83 Central Street, Boston, Massachusetts at a mutually agreeable time.

The plaintiff,
By her attorneys,

*/s/ Deborah Santello*

Paul F. Leavis (BBO #290580)
Deborah M. Santello (BBO#555431)
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109
(617) 742-1700

I hereby certify that a true copy
of the above document was served
upon all counsel of record by first
class mail on January 9, 2006.

*/s/ Deborah Santello*
Deborah M. Santello