UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY WILSON,<br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br>    Defendant | CIVIL ACTION NO.<br>05-10613 MLW |

### HOME DEPOT U.S.A., INC.'S
### LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), counsel and client hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: May ____ 2006

Respectfully submitted,

An Authorized Representative of
Home Depot U.S.A., Inc.

_____
Lexi Stewart
Litigation Paralegal
Home Depot U.S.A., Inc.

Attorneys for Home Depot U.S.A., Inc.,

_____
Brian P. Voke (BBO # 544327)
Christopher A. Callanan (BBO # 630649)
Kiley M. Belliveau (BBO # 661328)
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, Massachusetts, 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

      I, Christopher A. Callanan, of Campbell Campbell Edwards & Conroy, P.C., attorney for Home Depot U.S.A., Inc., hereby certify that on May __10__, 2006, a true copy of the above document was served upon the following counsel of record by First Class Mail:

Paul F. Leavis, Esq.
Deborah M. Santello, Esq.
Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109
(617) 742-1700

                                                              Christopher A. Callanan