UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY WILSON,<br>    Plaintiff<br><br>v.<br><br>HOME DEPOT USA, INC.<br>    Defendant | CIVIL ACTION<br>NO.   05-CV-10613-MLW |

## RULE 16.1 CERTIFICATION

The undersigned hereby affirm that they have conferred with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Attorneys for the Plaintiff, Nancy Wilson

/s/ Nancy Wilson
Nancy Wilson, Plaintiff

/s/ Deborah M. Santello
Paul F. Leavis, BBO#290580
Deborah M. Santello, BBO#555431
Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109
(617) 742-1700

I hereby certify that a copy of the
foregoing document has been forwarded
to all counsel of record on May 19, 2006

/s/ Deborah M. Santello