UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY WILSON,<br>   Plaintiff<br><br>v.<br><br>HOME DEPOT USA, INC.<br>   Defendant | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO.  05-CV-10613-MLW<br>)<br>)<br>)<br>) |

## REPORT OF THE PARTIES REGARDING SETTLEMENT STATUS

  Pursuant to the Court's Scheduling Order dated June 2, 2006, the parties make the following report to the Court regarding the status and prospects for settlement.  The plaintiff's deposition has been completed and the records of her care and treatment have been provided to the defendants. The parties have met to discuss the possibility of settlement. As a result of meeting and subsequent discussion, the parties have not been able to resolve the case but have agreed to mediate the case. The parties have agreed on a mediator, Charles Goddard, and have agreed on a date for the mediation:  November 17, 2006.  The parties are hopeful that the case can be resolved at or shortly after the mediation but are unable prior to the mediation to meaningfully address the prospects for settlement.  The parties will report to the Court the results of the mediation after it takes place.

| | |
|---|---|
| The plaintiff<br>By Her Attorneys,<br><br>*/s/ Paul Leavis*<br>Paul F. Leavis, BBO#290580<br>Deborah M. Santello, BBO #555431<br>Leavis and Rest, P.C.<br>83 Central Street<br>Boston, MA  02109<br>(617) 742-1700 | The defendant<br>By Its Attorneys,<br><br>*/s/*<br>James M. Campbell , BBO #544327<br>Christopher A. Callanan, BBO #630649<br>Campbell, Campbell, Edwards & Conroy<br>One Constitution Plaza<br>Boston, MA  02129<br>(617) 241-3000 |