UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY WILSON,<br>            Plaintiff<br><br>v.<br><br>HOME DEPOT USA, INC.<br>            Defendant | )<br>)<br>)<br>)    CIVIL ACTION<br>)    NO.  05-CV-10613-MLW<br>)<br>)<br>)<br>) |

## REPORT OF THE PARTIES REGARDING
## SETTLEMENT STATUS

Pursuant to the Court's Scheduling Order dated October 10, 2006, the parties make the following further report to the Court regarding the status and prospects for settlement. The parties agreed to reschedule the mediation originally scheduled for November 17, 2006 to Friday, December 8, 2006 in order to accommodate a scheduling conflict by Home Depot's representative who is traveling from Atlanta for the mediation. The mediation is presently scheduled to take place on December 8, 2006 before Attorney Charles Goddard. The parties will report to the Court the results of the mediation after it takes place.

| | |
|---|---|
| NANCY WILSON,<br>By Her Attorneys,<br><br>/s/ Paul F. Leavis<br>Paul F. Leavis, BBO#290580<br>Deborah M. Santello, BBO #555431<br>Leavis and Rest, P.C.<br>83 Central Street<br>Boston, MA  02109<br>(617) 742-1700 | HOME DEPOT USA, Inc.,<br>By Its Attorneys,<br><br>/s/ Christopher A. Callanan<br>James M. Campbell , BBO #544327<br>Christopher A. Callanan, BBO #630649<br>Campbell, Campbell, Edwards & Conroy<br>One Constitution Plaza<br>Boston, MA  02129<br>(617) 241-3000 |