UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NANCY WILSON,  )  |   |   |
|     Plaintiff,  )  |   |   |
|  )  |   |   |
| v.  )  | CIVIL ACTION NO.  |   |
|  )  | 05-10613 MLW  |   |
| HOME DEPOT USA, INC.,  )  |   |   |
|     Defendant  )  |   |   |

### NOTICE OF APPEARANCE

      I, Brian P. Voke, of Campbell Campbell Edwards & Conroy, P.C., hereby enter my appearance on behalf of the defendant, Home Depot U.S.A., Inc., in the above captioned matter.

      By Its Attorneys,
**CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION,**

*/s/ Brian P. Voke*
**Brian P. Voke (BBO# 544327)
Christopher A. Callanan (BBO# 630649)
Kiley M. Belliveau (BBO# 661328)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000**

**CERTIFICATE OF SERVICE**

       I hereby certify that a true copy of the above document was served upon the following attorney of record via the ECF System and by mail on January 23, 2007.

Paul F. Leavis  
Leavis and Rest, P.C.  
83 Central Street  
Boston, MA  02109

                                 */s/ Kiley M. Belliveau*  
                                 Kiley M. Belliveau