UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY WILSON,       )<br>    Plaintiff,        )<br>                        )<br>v.                       )<br>                        )<br>HOME DEPOT USA, INC.,   )<br>    Defendant       ) | CIVIL ACTION NO.<br>05-10613 MLW |

## NOTICE OF WITHDRAWAL

I, Christopher A. Callanan, of Campbell Campbell Edwards & Conroy, P.C., hereby withdraw my appearance on behalf of the defendant, Home Depot U.S.A., Inc., in the above captioned matter.

By Its Attorneys,
**CAMPBELL CAMPBELL EDWARDS & CONROY**
**PROFESSIONAL CORPORATION,**


*/s/ Christopher A. Callanan*
**Brian P. Voke (BBO# 544327)**
**Christopher A. Callanan (BBO# 630649)**
**Kiley M. Belliveau (BBO# 661328)**
**One Constitution Plaza**
**Boston, MA 02129**
**(617) 241-3000**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the following attorney of record via the ECF System and by mail on January 23, 2007.

Paul F. Leavis  
Leavis and Rest, P.C.  
83 Central Street  
Boston, MA  02109

                                        */s/ Kiley M. Belliveau*  
                                        Kiley M. Belliveau