UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
NANCY WILSON,                    )
    Plaintiff,                   )
                                 )
v.                               )   CIVIL ACTION NO. 05-10613-MLW
                                 )
HOME DEPOT USA, INC.,            )
    Defendant                    )
_____)

**HOME DEPOT U.S.A., INC.'S**
**NOTICE OF TRIAL CONFLICT**

Home Depot U.S.A., Inc. ("Home Depot"), hereby files this Notice of Trial Conflict alerting the Court to a scheduling conflict of Home Depot's lead trial counsel, Brian P. Voke. Home Depot respectfully requests a continuance of the trial in this matter. In support of this request, Home Depot states as follows:

1. Nancy Wilson filed her complaint against Home Depot in the United States District Court for the District of Massachusetts on March 29, 2005.

2. This matter is currently scheduled for trial on October 22, 2007.

3. Brian Voke is lead trial counsel for Home Depot in this matter.

4. Mr. Voke is also scheduled to begin a trial in Paul F. Page and Wendy L. *Page* v. *Joel Boisvert and RPS, Inc.*, Middlesex Superior Court Civil Action No. 00-0782 on October 22, 2007.

5. The complaint in the *Page* matter was filed in February, 2000.

Pursuant to Local Rule 40.2(D)(5), Home Depot respectfully requests that the trial in the above-captioned matter be continued.

| | |
|---|---|
| Dated: July 27, 2007 | **HOME DEPOT U.S.A., INC.** |
| | By Its Attorneys, |
| | **CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.** |
| | *Kiley M. Belliveau*<br>Brian P. Voke, BBO # 544327<br>Kiley M. Belliveau, BBO # 661328<br>One Constitution Plaza<br>Boston, MA 02129<br>617-241-3000 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, a true copy of the above document was served upon the following attorney of record via the ECF/CM system:

Paul Leavis, Esq.
Leavis & Rest, P.C.
83 Central Street
Boston, MA 02109

*Kiley M. Belliveau*
Kiley M. Belliveau