UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY WILSON,              )<br>                    Plaintiff    )<br>                                          )<br>v.                                        )<br>                                          )<br>HOME DEPOT USA, INC.        )<br>                    Defendant  )<br>                                          ) | CIVIL ACTION<br>NO.  05-CV-10613-MLW |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Scheduling Order entered on May 24, 2006, the plaintiff, Nanay Wilson ("Wilson") by and through counsel submits this Status Report.  Counsel for Wilson conferred with counsel for the defendant on September 17, 2007 in an attempt to discuss prospects for settlement.  Defendant's lead counsel informed Wilson that he needed to consult with house counsel for Home Depot.  No further discussions regarding settlement have occurred.

The plaintiff does not feel that there is a proper basis for filing a motion for summary judgment.

                                                                                  The plaintiff,
                                                                                  By her attorneys,

/s/ Paul F. Leavis
Paul F. Leavis, BBO #290580
Deborah M. Santello, BBO #555431
Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109
(617)  742-1700

I hereby certify that a copy of the
forgoing document was served
upon all counsel of record by
first class mail on  September 19, 2007