UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY WILSON,           ) | |
|     Plaintiff,           ) | |
|                         ) | |
| v.                      ) | CIVIL ACTION NO. |
|                         ) | 05-10613 MLW |
| HOME DEPOT USA, INC.,   ) | |
|     Defendant.          ) | |

### HOME DEPOT USA, INC.'S STATUS REPORT

Home Depot USA, Inc. will not be filing any summary judgment motion. The parties mediated the case privately last year before any expert disclosures. Home Depot USA, Inc. believes that a further mediation is warranted.

    Respectfully submitted,
    **HOME DEPOT USA, INC.**
    By Its Attorneys,
    CAMPBELL CAMPBELL EDWARDS & CONROY
    **PROFESSIONAL CORPORATION,**

    */s/ Brian P. Voke*
    **Brian P. Voke (BBO# 544327)**
    **Kiley M. Belliveau (BBO# 661328)**
    **One Constitution Plaza**
    **Boston, MA 02129**
    (617) 241-3000
    bvoke@campbell-trial-lawyers.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorney of record by electronic mail on September 21, 2007:

Paul Leavis
Leavis & Rest, P.C.
83 Central Street
Boston, MA 02109

    */s/ Brian P. Voke*
    Brian P. Voke