UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
NANCY WILSON,                    )
    Plaintiff,                   )
                                     )
v.                               )     CIVIL ACTION NO.
                                     )     05-10613-MLW
HOME DEPOT USA, INC.,            )
    Defendant.                   )
_____)

**JOINT MOTION TO EXTEND
DEADLINES FOR EXPERT DISCOVERY**

       The parties to this action, Nancy Wilson and Home Depot U.S.A., Inc., hereby request a brief extension of the discovery period to permit them to complete expert discovery. In support of this motion, the parties state as follows:

       1.    Fact discovery has been completed in this case. The parties have completed written discovery and have taken several fact witness depositions.

       2.    The parties each served an Expert Disclosure in compliance with the Court's Scheduling Order. On May 23, 2007, the plaintiff identified Dr. Brian J. Awbrey as her expert witness. On June 29, 2007, Home Depot identified Dr. Stephen Saris as its expert witness.

       3.    The parties thereafter noticed the depositions of Dr. Awbrey and Dr. Saris within the discovery period. Due to the unavailability of the expert witnesses and scheduling conflicts, the parties have been unable to complete the two expert depositions within the confines of the Scheduling Order.

       4.    The parties have been working together to schedule the expert depositions. The parties expect that they will complete the depositions in approximately the next six

weeks as counsel for both parties have trials scheduled during the upcoming several weeks.

     5.     Therefore, the parties respectfully request that the Court extend the deadline for conducting expert discovery until November 16, 2007.

| | |
|---|---|
| **NANCY WILSON** | **HOME DEPOT U.S.A., INC.** |
| By Her Attorneys, | By Its Attorneys, |
| | |
| /s/  *Paul F. Leavis* | /s/  *Kiley M. Belliveau* |
| Paul F. Leavis, BBO #290580 | Brian P. Voke, BBO #544327 |
| Deborah M. Santello, BBO #555431 | Kiley M. Belliveau, BBO #661328 |
| Leavis and Rest, P.C. | Campbell, Campbell, |
| 83 Central Street | Edwards & Conroy, P.C. |
| Boston, MA  02109 | One Constitution Plaza |
| (617) 742-1700 | Boston, MA  02129 |
| | (617) 241-3000 |

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the following attorney of record via the ECF/CM System on September 25, 2007:

Paul Leavis, Esq.
Deborah M. Santello, Esq.
Leavis & Rest, P.C.
83 Central Street
Boston, MA 02109

                                            */s/ Kiley M. Belliveau*
                                            Kiley M. Belliveau