UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY WILSON,<br>        Plaintiff<br><br>v.<br><br>HOME DEPOT USA, INC.<br>        Defendant | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO.   05-CV-10613-MLW<br>)<br>)<br>)<br>) |

## STATUS REPORT

The plaintiff reports that the parties have reached settlement in this matter. The settlement will include placing a portion of the settlement funds in a structured settlement. The plaintiff is presently working out these details. Accordingly, the plaintiff requests that the Court grant the parties sixty (60) days within which to file appropriate closing documents.

                    The plaintiff,
                    By her attorneys,


                    /s/ Deborah M. Santello
                    Paul F. Leavis, BBO #290580
                    Deborah M. Santello, BBO #555431
                    Leavis and Rest, P.C.
                    83 Central Street
                    Boston, MA 02109
                    (617) 742-1700


## CERTIFICATE OF SERVICE

I, Deborah M. Santello, of Leavis and Rest, P.C., attorneys for the plaintiff, Nancy Wilson, hereby certify that on November 20, 2007, a true copy of the above document was served upon all counsel of record via the ECF/CM System.

                    /s/ Deborah M. Santello
                    Deborah M. Santello