UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

NANCY WILSON,                        )
        Plaintiff(s)        )
                                     )
v.                                   )    C.A. No.  05-10613-MLW
                                     )
HOME DEPOT USA, INC.,                )
        Defendant(s)        )

SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised, on NOVEMBER 20, 2007, by counsel for the defendant that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                            By the Court:
                                            Sarah A. Thornton, Clerk

November 21, 2007                    /s/Dennis O'Leary
Date                                          Deputy Clerk