UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY WILSON,<br>        Plaintiff<br><br>v.<br><br>HOME DEPOT USA, INC.<br>        Defendant | CIVIL ACTION<br>NO.  05-CV-10613-MLW |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Mass. R. Civ. P. 41(a), the parties to the above action hereby discontinue the above-entitled action and dismiss all complaints, cross-claims, counterclaims and third-party claims with prejudice and without cost to any party.

_____
Paul F. Leavis, BBO#290580
Deborah M. Santello, BBO #555431
Leavis and Rest, P.C.
83 Central Street
Boston, MA  02109
(617) 742-1700                (617) 241-3000

_____
James M. Campbell , BBO #544327
Christopher A. Callanan, BBO #630649
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA  02129